John C. Hendricks, State Bar No. 198973
jhendricks@meagher.com
MEAGHER & GEER, P.L.L.P.
8800 N. Gainey Center Drive, Suite 261
Scottsdale, AZ  85258
480/607-9719
Fax: 480/607-9780
*Attorneys for Defendant Federated Mutual
    Insurance Co.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| Safeway, Inc.<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Federated Mutual Insurance Company; and Does 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No:  15-cv-01052-VC<br><br>**Hearing noticed for <u>Apr. 30, 2015</u> at <u>10:00 am</u>**<br><br>**PARTIES' STIPULATION TO VACATE HEARING AND STAY PROCEEDINGS FOR SIXTY DAYS AND ORDER AS MODIFIED**<br><br>**(EXPEDITED DECISION REQUESTED)** |

　　　　Pursuant to L.R. Civ. 6-2 and 7-12 (N.D. Cal. 2015) and this Court's Civil Standing Order ¶ 7, the parties stipulate and agree to vacate the hearing currently noticed for April 30th at 10:00 a.m., and that this matter be stayed for approximately sixty days.  The hearing may be rescheduled after July 8, 2015.  By submitting this stipulation, Federated continues to appear only for a limited purpose, and expressly reserves its right to challenge personal jurisdiction as set forth in Defendant's Rule 12(b)(2) Motion to Dismiss for Lack of Personal Jurisdiction; Alternatively, to Transfer Venue or Stay Proceedings ("Motion to Dismiss").

　　　　Good cause exists to vacate the hearing and stay this action for sixty days because the parties have agreed to make good faith efforts at prompt settlement and/or private conflict resolution before incurring the additional expense of hearing and argument on Defendant's Motion to Dismiss.  If these negotiations are successful, the parties may resolve all conflicts without taking more of this

1  Court's time and other judicial resources.  As the court may be aware from the pending Motion to
2  Dismiss, another suit between Federated and Safeway is pending in the Northern District of Texas.
3  The parties are concurrently requesting the court in the Northern District of Texas likewise stay that
4  action for a sixty day period while the parties are pursuing settlement options.  The parties agree to
5  submit a joint report to this Court regarding the outcome of settlement negotiations and/or mediation
6  on or before July 8, 2015, again without waiving Safeway's objection to personal jurisdiction.

7  Under L.R. Civ. 6-2(a)(2), the parties disclose that the hearing date has been changed by the
8  clerk twice: Once on March 16, [Doc. 13], and again on March 30, 2015. [Doc. 16]  Neither
9  extension was requested by the parties.  The parties further indicate, pursuant to L.R. Civ. 6-2(a)(3),
10 that the requested stay will have minimal impact on scheduling issues in this matter, because the
11 parties have not submitted a report under Rule 16, Fed. R. Civ. P., and this Court has not yet entered
12 a scheduling order.

13 The parties respectfully request expedited decision on this matter, recognizing L.R. Civ. 6-
14 1(b) requires filing of a stipulation to change time no later than 14 days before a scheduled event.
15 This request, however, is timely submitted under this Court's Civil Order ¶ 7 ("Any motion to
16 continue a hearing or case management conference must be made no later than 72 hours prior to the
17 scheduled appearance.").

18 RESPECTFULLY SUBMITTED this _____ day of April, 2015.

MEAGHER & GEER, P.L.L.P.

By: /s/ John C. Hendricks
    John C. Hendricks
    Attorneys for Defendants Federated
    Mutual Insurance Company

SELVIN WRAITH HALMAN LLP

By: /s/ John C. Hendricks, with permission, for
    Gary Selvin
    Attorneys for Plaintiff Safeway, Inc.

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2  **THE COURT ORDERS SCHEDULES A CASE MANAGEMENT CONFERENCE FOR
3  JULY 21, 2015, AT 10:00 A.M. A JOINT CMC STATEMENT IS DUE JULY 14, 2015.**

4  April 27, 2015
5  Date                         Hon. Vince Chhabria