John C. Hendricks, State Bar No. 198973
jhendricks@meagher.com
MEAGHER & GEER, P.L.L.P.
8800 N. Gainey Center Drive, Suite 261
Scottsdale, AZ  85258
480/607-9719
Fax: 480/607-9780
*Attorneys for Defendant Federated
    Mutual Insurance Co.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| Safeway, Inc. | Case No: 15-cv-01052-VC |
| Plaintiff, | **JOINT NOTICE OF SETTLEMENT OF ENTIRE ACTION** |
| vs. | |
| Federated Mutual Insurance Company; and Does 1 through 10, inclusive, | |
| Defendants. | |

The parties hereby notify the Court and the Clerk that they have reached a settlement of this action in its entirety. The parties will file a stipulation to dismiss with prejudice and proposed order within 30 days of this Notice.

RESPECTFULLY SUBMITTED this 10th day of July, 2015.

                                            MEAGHER & GEER, P.L.L.P.

                                            By: /s/ John C. Hendricks
                                                John C. Hendricks
                                                Attorneys for Defendants Federated
                                                Mutual Insurance Company

1 | SELVIN WRAITH HALMAN LLP
2 |
3 | By: /s/ John C. Hendricks, with permission, for
4 | Gary Selvin
    | Attorneys for Plaintiff Safeway, Inc.
5 |
6 |
7 |
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

| Re: | Safeway, Inc. v. Federated Mutual Insurance Company |
|---|---|
| Court: | United States District Court, Northern District of California, San Francisco Division |
| Action No. | 4:15-cv-01052-VC |

## PROOF OF SERVICE

I declare that I am over the age of eighteen (18) and not a party to the above-entitled action, and am an Employee of Meagher & Geer, P.L.L.P. whose business address is 8800 N. Gainey Center Drive, Suite 261, Scottsdale, Arizona 85258.

On July 10, 2015, I served the following document(s):

**JOINT NOTICE OF SETTLEMENT OF ENTIRE ACTION**

**By ELECTRONIC FILE TRANSFER TO ECF FILE & SERVE:** By transmitting a true copy of the document(s) listed above for service on all parties in this case pursuant to applicable statues, local rules and/or order of this Court.

Mr. Gavin Selvin                                   Attorney for Plaintiff:
Selvin Wraith Halman LLP                SAFEWAY, INC.
505 14th Street, Suite 1200
Oakland, Alameda County, California 942612
Telephone No. (510) 874-1814
Fax No. (510) 409-3650
Email: gselvin@selvinwraith.com

I declare under penalty of perjury the laws of the State of California that he foregoing is true and correct.

Dated:

/s/Judy Mannino

10409866.1